UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| **ERIC OLLISON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   17 CV 1077 JES-JEH |
| | ) |
| **WEXFORD HEALTH SOURCES, INC.,** | ) |
| | ) |
| **Defendants.** | ) |

### PLAINTIFF ERIC OLLISON'S NOTICE OF APPEAL TO UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

NOTICE IS HEREBY GIVEN that plaintiff, Eric Ollison, hereby appeals to the United States Court of Appeals for the Seventh Circuit from:

1. The second amended judgment of January 17, 2023 (R. 555), superceding the amended judgment of January 13, 2023 (R. 553), superceding the judgment of December 20, 2022 (R. 550).

2. All other orders preceding the final judgment, including, but not limited to:

    a. The order of November 29, 2016, dismissing all claims brought by plaintiff against defendants Marcus Hardy, Arthur Funk, MD, Sylvia Mahone, MD, Mary Diane Schwarz, Annette Taller as Special Representative of Steven Taller, MD, Sarah L. Mays, and Donna Morris (referred to as the Stateville Correctional Center defendants), and also all claims brought by plaintiff against defendant Walter Nicholson (Warden of the Illinois River Correctional Center). R. 133.

    b. The order of March 3, 2022, dismissing all claims brought by plaintiff against all medical defendants at Illinois River Correctional Center, that is, Wexford Health Sources, Inc., Carla Greby, MD, Jennifer Easley, Karena Barker, Kandis Critz, Christine Peltier, Shirley Law, Edna Greenhagen, Rebecca Einwohner, MD, R. Maurice, Connie Sword, C. Reynolds, Lisa Bishop, and David Hopkins, after stipulation by the parties. Order, date of entry 3/3/2022.

      c.      The order of December 20, 2022, dismissing all claims brought by plaintiff against Illinois Department of Corrections defendants Gregory Gossett, Corey Wise, and Robbie Johnson. R. 550.

Dated: January 17, 2023            /s/   Irene K. Dymkar
                                                       Irene K. Dymkar

Attorneys for Plaintiff:

| | |
|---|---|
| Irene K. Dymkar | Louis J. Meyer |
| Shamoyita M. DasGupta | Daniel Kiss |
| Law Offices of Irene K. Dymkar | Meyer & Kiss, LLC |
| 53 W. Jackson Blvd., Suite 733 | 311 W. Stratford Drive |
| Chicago, IL 60604-3462 | Peoria, IL 61614 |
| (312) 345-0123 | (309) 713-3751 |
| irene.dymkar@dymkarlaw.com | louismeyer@meyerkiss.com |

## CERTIFICATE OF SERVICE

      I, Irene K. Dymkar, an attorney, certify that on January 17, 2023, a copy of PLAINTIFF ERIC OLLISON'S NOTICE OF APPEAL TO UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT was served upon the attorneys named below through the Court's electronic filing system.

| | |
|---|---|
| Joseph Rupcich | Alan Remy Taborga |
| Cassiday Schade, LLP | Office of the Illinois Attorney General |
| 3100 Montvale Drive | 1776 East Washington Street |
| Springfield, IL 62704 | Urbana, Illinois 61802 |
| (217) 572-1714 | (217) 278-3332 |
| jrupcich@cassiday.com | alan.taborga@ilag.gov |
| | |
| Andrew M. Ramage | |
| Anthony D. Schuering | |
| Dylan Grady | |
| Brown, Hay & Stephens, LLP | |
| 205 South Fifth Street, Suite 1000 | |
| P.O. Box 2459 | |
| Springfield, IL 62705 | |
| aramage@bhslaw.com | |

Dated: January 17, 2023            /s/   Irene K. Dymkar
                                                       Irene K. Dymkar